# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>v.<br><br>James T. Jacobson,<br><br>            Defendant. | Criminal No. 24-mj-722 JFD<br><br><br>**ORDER OF REMOVAL** |

The above captioned case was before the undersigned United States Magistrate Judge for an initial appearance on October 22, 2024. Defendant waived the removal hearing.

Based on defendant's waiver, the court finds that the defendant is the same person named in the warrant filed in the Eastern District of New York, and he is ordered removed to that district for further proceedings.


Dated:  October 22, 2024                        *s/ John F. Docherty*
                                                              John F. Docherty
                                                               United States Magistrate Judge